IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                          Plaintiff,                     ORDER

v.

                                                         11-cr-25-wmc

MAURICE MAXWELL,

                          Defendant.
_____

After a jury returned a guilty verdict in the above matter, defendant Maurice Maxwell indicated he no longer wished to proceed *pro se* and would welcome legal representation. Accordingly, the court re-appoints Attorney Robert Ruth to represent the defendant for the purposes of both post-trial motions and sentencing in this matter.

Entered this 7th day of December, 2011.

BY THE COURT:

/s/

William M. Conley
District Judge