IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA, | ORDER |
|---|---|
| Plaintiff, | |
| v. | 11-cr-025-wmc |
| MAURICE MAXWELL, | |
| Defendant. | |

---

In two *ex parte* orders, the court granted defendant's request for issuance of subpoenas (dkts. 58, 86) and ordered subpoenas issued for Jermaine Maxwell, Helen Maxwell, Pamela Paulsrud, Betty Reinke, Jim Spencer, Doug Knight, Ailisa Nelson, Ju Tackwondo and Superintendent Patrick Melman.

ORDER

IT IS ORDERED that the marshals service shall pay witness fees in the same fashion as for the government, namely at no cost to the defendant.

Entered this 14th day of December, 2011.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1